ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>SHIRLEY C. YFANTIS, an individual; CRYSTALIA L. YFANTIS, an individual; WELLS FARGO BANK, NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; MARIA BARROGA, an individual; ANASTACIA CEPEDA, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                Defendants. | Case No.   2:15-cv-1127-APG-CWH<br><br>**ORDER** |

**AMENDED STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO MOTIONS TO DISMISS**
(First Request)

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and Defendants, SHIRLEY C. YFANTIS, CRYSTALIA L. YFANTIS, EVERGREEN MONEYSOURCE MORTGAGE COMPANY, WELLS FARGO BANK, N.A. and NATIONAL

9986 Otterburn

DEFAULT SERVICING CORPORATION, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 24, 2015, Defendants, Shirley C. Yfantis, Crystalia L. Yfantis, and Evergreen Moneysource Mortgage Company, filed a Motion to Dismiss herein [Doc. #12].

2. On July 24, 2015, Defendant, Wells Fargo Bank, N.A., filed a Motion to Dismiss herein [Doc. #13].

3. On July 27, 2015, Defendant, National Default Servicing Corporation filed a Joinder to Wells Fargo Bank, N.A.'s Motion to Dismiss [Doc. #16].

4. On July 28, 2015, Defendants, Shirley C. Yfantis, Crystalia L. Yfantis, and Evergreen Moneysource Mortgage Company filed a Joinder to Wells Fargo Bank, N.A.'s Motion to Dismiss [Doc. #17].

5. Plaintiff's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the various Motions to Dismiss and Joinders thereto which have detracted from the time available prepare a response.

6. Plaintiff shall have an extension of time until August 24, 2015, in which to respond to the Defendants' Motions to Dismiss and Joinders thereto. Defendants shall have until September 14, 2015, in which to file Replies.

//
//
//
//
//
//
//
//
//
//

9986 Otterburn

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___4th___ day of August, 2015.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER LLP |
|---|---|
| /s/ Timothy E. Rhoda<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Plaintiff***<br>**LAS VEGAS DEVELOPMENT GROUP, LLC** | /s/ Justin A. Shiroff<br>JUSTIN A. SHIROFF, ESQ.<br>Nevada Bar No. 12869<br>3883 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>702-784-5200<br>jshiroff@swlaw.com<br>***Attorney for Defendant***<br>**WELLS FARGO BANK, N.A.** |
| MARQUIS AURBACH COFFING | TIFFANY & BOSCO P.A. |
| /s/ Terry A. Moore<br>TERRY A. MOORE, ESQ.<br>Nevada Bar No. 7831<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>702-382-0711<br>tmoore@marquisaurbach.com<br>***Attorney for Defendants***<br>**EVERGREEN MONEYSOURCE MORTGAGE COMPANY, CRYSTALIA L. YFANTIS, AND SHIRLEY C. YFANTIS** | /s/ Gregoy L. Wilde<br>GREGORY L WILDE, ESQ.<br>Nevada Bar No. 4417<br>212 South Jones Blvd.<br>Las Vegas, NV 89107<br>(702) 258-8200<br>efilenv@tblaw.com<br>***Attorney for Defendant***<br>**NATIONAL DEFAULT SERVICING CORPORATION** |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 5, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

9986 Otterburn