ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SHIRLEY C. YFANTIS, an individual; CRYSTALIA L. YFANTIS, an individual; WELLS FARGO BANK, NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; MARIA BARROGA, an individual; ANASTACIA CEPEDA, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.   2:15-cv-1127-APG-CWH |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO HUD'S MOTION TO DISMISS**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and Defendant, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (*"HUD"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

9986 Otterburn

1. On October 19, 2015, HUD filed a Motion to Dismiss herein [Doc. #43].
2. Since the filing of said Motion, counsel for the parties have communicated with one another regarding an amicable resolution of said Motion.
3. In addition, Plaintiff's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion to Dismiss which has detracted from the time available prepare a response.
4. The parties desire to attempt to resolve the Motion to Dismiss amicably before spending the time and resources necessary to brief the matter.
5. Plaintiff shall have an extension of time until December 9, 2015, in which to respond to HUD's Motion to Dismiss. HUD shall have until December 23, 2015, in which to file Reply.
6. This Stipulation is made in good faith and not for purpose of delay.

Dated this 3rd day of November, 2015.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES ATTORNEY

/s/ *Troy K. Flake*
TROY K. FLAKE, ESQ.
Assistant U.S. Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
*Attorney for Defendant*
**SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: November 4, 2015

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

9986 Otterburn

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___3rd___ day of November, 2015, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** to the following parties:

Terry A. Moore
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
tmoore@marquisaurbach.com
*Attorney for Defendants*
*Evergreen Moneysource Mortgage*
*Company, Crystalia L Y. Yfantis,*
*and Shirley C. Yfantis*

Troy K. Flake
United States Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
*Attorney for Defendant*
*Secretary of the Department of*
*Housing and Urban Development*

Gregory L Wilde
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
*Attorney for Defendant*
*National Default Servicing Corporation*

Justin A Shiroff
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
jshiroff@swlaw.com
*Attorney for Defendant*
*Wells Fargo Bank, N.A.*

　　　　　　　　　　　/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

9986 Otterburn