1   ROGER P. CROTEAU, ESQ.
    Nevada Bar No. 4958
2   TIMOTHY E. RHODA, ESQ.
    Nevada Bar No. 7878
3   ROGER P. CROTEAU & ASSOCIATES, LTD.
    9120 West Post Road, Suite 100
4   Las Vegas, Nevada 89148
    (702) 254-7775
5   (702) 228-7719 (facsimile)
    croteaulaw@croteaulaw.com
6   *Attorney for Plaintiff*
    **LAS VEGAS DEVELOPMENT GROUP, LLC**

7

8                   UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10                              ***

11  LAS VEGAS DEVELOPMENT GROUP, LLC, )
    a Nevada limited liability company,       )
12                                            )
                            Plaintiff,        )   Case No.    2:15-cv-1127-APG-CWH
13                                            )
    vs.                                       )
14                                            )
    SHIRLEY C. YFANTIS, an individual;        )
15  CRYSTALIA L.YFANTIS, an individual;       )
    WELLS FARGO BANK, NA, a National          )
16  Banking Association; NATIONAL DEFAULT     )
    SERVICING CORPORATION, an Arizona         )
17  corporation; MARIA BARROGA, an            )
    individual; ANASTACIA CEPEDA, an          )
18  individual; SECRETARY OF THE              )
    DEPARTMENT OF HOUSING AND URBAN           )
19  DEVELOPMENT, a federal governmental       )
    agency; EVERGREEN MONEYSOURCE             )
20  MORTGAGE COMPANY, a Washington            )
    corporation; DOE individuals I through XX;)
21  and ROE CORPORATIONS I through XX,        )
                                              )
22                          Defendants.)
    _____   )
23

24  **STIPULATION AND ORDER TO DISMISS AS TO
    DEFENDANT, SECRETARY OF THE DEPARTMENT
    OF HOUSING AND URBAN DEVELOPMENT ONLY**

25

26  COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and

27  Defendant, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN

28  DEVELOPMENT (*"HUD"*), by and through their undersigned counsel, and hereby stipulate and

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

9986 Otterburn

agree as follows:

1.    The instant action was filed by the Plaintiff to recover title and possession of real property commonly known as 9986 Otterburn Street, Las Vegas, Nevada 89178, Assessor Parcel No. 176-28-613-097 (*"the "Property"*).

2.    On December 1, 2015, HUD filed a Disclaimer of Interest herein [Doc. #55] disclaiming any and all interest in the Property.

3.    Based upon the foregoing, the instant action shall be dismissed in its entirety as it relates to HUD only.

4.    HUD shall be bound by any judgment of this Court relating to the rights and title of the various remaining parties in and to the Property.

5.    HUD shall retain all rights and claims that it may possess against any party to this action.

6.    Each party shall bear its own costs and fees.

Dated this _____1st_____ day of December, 2015.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

UNITED STATES ATTORNEY

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP,
LLC**

/s/ *Troy K. Flake*
TROY K. FLAKE, ESQ.
Assistant U.S. Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
*Attorney for Defendant*
**SECRETARY OF THE DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT**

**IT IS SO ORDERED.**

By: _____
       Judge, U.S. District Court

Dated: _____

9986 Otterburn

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____1ˢᵗ_____ day of December, 2015, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO DISMISS AS TO DEFENDANT, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ONLY** to the following parties:

Terry A. Moore
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
tmoore@marquisaurbach.com
*Attorney for Defendants*
*Evergreen Moneysource Mortgage*
*Company, Crystalia L Y. Yfantis,*
*and Shirley C. Yfantis*

Troy K. Flake
United States Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
*Attorney for Defendant*
*Secretary of the Department of*
*Housing and Urban Development*

Gregory L Wilde
Tiffany & Bosco P.A.
212 South Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
*Attorney for Defendant*
*National Default Servicing Corporation*

Justin A Shiroff
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
702-784-5200
702-784-5252 (fax)
jshiroff@swlaw.com
*Attorney for Defendant*
*Wells Fargo Bank, N.A.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

9986 Otterburn