ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHIRLEY C. YFANTIS, an individual; CRYSTALIA L.YFANTIS, an individual; WELLS FARGO BANK, NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; MARIA BARROGA, an individual; ANASTACIA CEPEDA, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No.   2:15-cv-1127-APG-CWH |

**STIPULATION AND ORDER TO DISMISS AS TO DEFENDANT, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ONLY**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*), and Defendant, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (*"HUD"*), by and through their undersigned counsel, and hereby stipulate and

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
● 9120 W. Post Road, Suite 100 ● Las Vegas, Nevada 89148 ●
Telephone: (702) 254-7775 ● Facsimile (702) 228-7719

agree as follows:

1. The instant action was filed by the Plaintiff to recover title and possession of real property commonly known as 9986 Otterburn Street, Las Vegas, Nevada 89178, Assessor Parcel No. 176-28-613-097 (*"the "Property"*).

2. On December 1, 2015, HUD filed a Disclaimer of Interest herein [Doc. #55] disclaiming any and all interest in the Property.

3. Based upon the foregoing, the instant action shall be dismissed in its entirety as it relates to HUD only.

4. HUD shall be bound by any judgment of this Court relating to the rights and title of the various remaining parties in and to the Property.

5. HUD shall retain all rights and claims that it may possess against any party to this action.

6. Each party shall bear its own costs and fees.

Dated this    1st    day of December, 2015.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | UNITED STATES ATTORNEY |
| /s/ *Timothy E. Rhoda* | /s/ *Troy K. Flake* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>*Attorney for Plaintiff*<br>**LAS VEGAS DEVELOPMENT GROUP, LLC** | TROY K. FLAKE, ESQ.<br>Assistant U.S. Attorney<br>333 Las Vegas Blvd So., Ste. 5000<br>Las Vegas, NV 89101-<br>702-388-6336<br>702-388-6787 (fax)<br>troy.flake@usdoj.gov<br>*Attorney for Defendant*<br>**SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** |

**IT IS SO ORDERED.**

By: _____
          Judge, U.S. District Court

Dated:   December 1, 2015

9986 Otterburn