# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SHIRLEY C. YFANTIS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-1127-APG-CWH<br><br>**ORDER**<br><br>(Dkt. #61) |

Defendant National Default Servicing Corporation ("NDSC") filed a "Declaration of Non-Monetary Status Pursuant to SB 239." (Dkt. #61.) The document requests no relief. Thus, it is unclear why it was filed in court. To the extent that NDSC intended this to be treated as a motion to dismiss, the document lacks any reference to a state or federal statute, rule, or case that governs the requested relief. While the "Objection" (Dkt. #63) and "Response to Objection" (Dkt. #68) cite to "SB 239"—which I presume to be a reference to Nevada Legislature Senate Bill 239—there is no indication whether this bill was ultimately passed by the legislature and signed by the governor. Nor is there any reference to where in the Nevada Revised Statutes this bill (if passed and signed) was codified. Thus, NDSC's "Declaration" does not contain a sufficient basis to grant relief, nor does it indicate what that relief would be.

IT IS THEREFORE ORDERED that NDSC's Declaration **(Dkt. #61) is DENIED WITHOUT PREJUDICE.**

DATED this 7th day of January, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE