**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHIRLEY C. YFANTIS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-01127-APG-CWH<br><br>**ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE**<br><br>(ECF No. 31) |

　　　　Plaintiff Las Vegas Development Group, LLC moves for summary judgment on its quiet title claim. The defendants oppose and request a continuance under Federal Rule of Civil Procedure 56(d). Additionally, the defendants recently filed answers, counterclaims, cross-claims and third party claims. ECF Nos. 84, 91. Given the issues raised in the parties' briefs and in the newly filed papers, equitable factors bearing on whether to set aside the sale need further development. *See Shadow Wood Homeowners Assoc., Inc. v. New York Cmty. Bancorp, Inc.*, 366 P.3d 1105 (Nev. 2016) (en banc).

　　　　IT IS THEREFORE ORDERED that plaintiff Las Vegas Development Group, LLC's motion for partial summary judgment **(ECF No. 31) is DENIED without prejudice**.

　　　　DATED this 17th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE