AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Las Vegas Development Group, LLC<br>*Plaintiff*<br>v.<br>Shirley C. Yfantis, an individual; et al<br>*Defendant, Third-party plaintiff*<br>v.<br>Secretary of Housing and Urban Development<br>*Third-party defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:15-cv-01127-APG-CWH |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   United States, Secretary of Housing and Urban Development
C/O United States Attorney
Attn: Civil Docketing Clerk/Troy Flake, Esq. Assistant U.S. Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

    A lawsuit has been filed against defendant   Shirley C. Yfantis, et al   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Las Vegas Development Group .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:   Marquis Aurbach Coffing
Attn: Terry A. Moore, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Roger P. Croteau, Esq.
720 S. 4th St, #202
Las Vegas, Nevada 89101

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

DATE: 5/18/16

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:15-cv-01127-APG-CWH

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Add Attachment | Reset |