# EXHIBIT A

# EXHIBIT A

Inst #: 200910260003361
Fees: $15.00
N/C Fee: $0.00
10/26/2009 01:23:38 PM
Receipt #: 106284
Requestor:
CAMCO
Recorded By: ARO   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

Return to:
Attn:  Kelly Mitchell
Absolute Collection Services, LLC
PO Box 12117
Las Vegas, NV  89112

APN # 176-28-613-097

## Notice of Delinquent Assessment Lien

**This NOTICE OF DELINQUENT ASSESSMENT** is being given pursuant to N.R.S. 117.70 et seq. or N.R.S. 116.3115 et. Seq. and N.R.S. 116.3116 through 116.31168 et. Seq. and the provisions of the Declaration of Covenants, Conditions and Restrictions (CC&Rs) of the Homeowners Association as follows:

Association Claimant:  RIO VISTA HOA Declarations of CC&Rs recorded 4/4/06 Instrument No: 0003021, Book No.: 20060404, Page No:__ County of CLARK, and any and all amendments or annexations of record thereto.

The description of the common interest development unit against which this notice is being recorded is as follows:  Legal Unit No.: 9986 OTTERBURN ST, RIO VISTA UNIT 2 PLAT BOOK 131 PAGE 43 LOT 190

The reputed owner is:    MARIA BARROGA & ANASTACIA CEPEDA

Common address:   9986 OTTERBURN ST, LAS VEGAS NV 89178

Owner's mailing address:   SAME

### DELINQUENCY

| Total Amount due as of 10/26/09 | $629.13 |
| --- | --- |

Additional monies shall accrue under this claim at the rate of the claimant's periodic assessments, plus permissible late charges, costs of collection and interest and other charges, if any, that shall accrue subsequent to the date of this notice.

The acting agency for enforcement on this lien is:

ABSOLUTE COLLECTION SERVICES, LLC
PO BOX 12117
LAS VEGAS NV  89112
(702) 531-3382

DATED:     10/26/09

RICHARD KAYE, Agent

STATE OF NEVADA
COUNTY OF CLARK

On ___10/26/09___ before me, the undersigned, a Notary Public in and for said county, personally appeared, RICHARD KAYE personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is subscribed to the within Instrument and acknowledged to me that he/she executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the Instrument.

WITNESS my hand and official seal.

KELLY MITCHELL, Notary Public



KELLY MITCHELL
Notary Public, State of Nevada
Appointment No. 08-7504-1
My Appt. Expires July 10, 2012