Edward D. Boyack, Esq.
Nevada Bar No. 005229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)

*Attorney for Defendant Rio Vista Homeowners Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHIRLEY C. YFANTIS, an individual; CRYSTALIA L. YFANTIS, an individual; WELLS FARGO BANK, N.A., a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION; an Arizona corporation; MARIA BARROGA, an individual; ANASTACIA CEPEDA, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal government agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals 1 through XX; and ROE CORPORATIONS 1 through XX,<br><br>Defendants.<br><br>WELLS FARGO BANK, N.A.,<br><br>Counterclaimant,<br><br>vs.<br><br>LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>Counterdefendant. | CASE NO. 2:15-cv-01127-APG-CWH<br><br>**RIO VISTA HOMEOWNERS ASSOCIATION'S JOINDER TO ABSOLUTE COLLECTION SERVICES LLC'S MOTION TO DISMISS THIRD-PARTY COMPLAINT [DOC 102]** |

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Third-Party Plaintiff, | |
| vs. | |
| RIO VISTA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DOES 1 THROUGH 20, inclusive, | |
| Third-Party Defendants. | |

**RIO VISTA HOMEOWNERS ASSOCIATION'S JOINDER TO ABSOLUTE COLLECTION SERVICES LLC'S MOTION TO DISMISS THIRD-PARTY COMPLAINT [DOC 102]**

COMES NOW Third-Party Defendant Rio Vista Homeowners Association ("HOA"), by and through its attorney of record, Boyack Orme & Taylor, and hereby files this Joinder to Absolute Collection Services, LLC's Motion to Dismiss Third-Party Complaint and would join and adopt the arguments, pleadings, memorandum of law and points of authority, cited within Absolute Collection Services, LLC's motion to dismiss third-party complaint. Futher, the HOA notes that the legal analysis for why the HOA should prevail against the claims of Third-Party Plaintiff, Wells Fargo Bank, N.A. ("Bank"), are the same and of the same nature as those arguments outlined in Absolute Collection Services, LLC's motion to dismiss third-party complaint. This joinder is based all applicable law and statute, upon the papers and pleadings filed with the Court, and any oral arguments as may be entertained by this Honorable Court.

Respectfully submitted this 6th day of June, 2016.

BOYACK ORME & TAYLOR

By: ___/s/ *Colli C. McKiever*___
EDWARD D. BOYACK, ESQ
Nevada Bar No. 005229
COLLI C. McKIEVER, ESQ.
Nevada Bar No. 13724
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
*Attorney for Defendant Rio Vista Homeowners Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of June, 2016, service of the foregoing **RIO VISTA HOMEOWNERS ASSOCIATION'S JOINDER TO ABSOLUTE COLLECTION SERVICES LLC'S MOTION TO DISMISS THIRD-PARTY COMPLAINT [DOC 102]** was made this date via electronic service through the Court's e-filing system.

                                            */s/ Norma Ramirez*
                                        An Employee of Boyack Orme & Taylor