**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHIRLEY C. YFANTIS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-01127-APG-CWH<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 102) |

In light of the stipulation to dismiss third party defendant Absolute Collection Services, LLC,

IT IS ORDERED that Absolute Collection Service, LLC's motion to dismiss third party complaint **(ECF No. 102) is DENIED as moot**.

DATED this 21st day of June, 2016.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE