ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SHIRLEY C. YFANTIS, an individual; CRYSTALIA L. YFANTIS, an individual; WELLS FARGO BANK, NA, a National Banking Association; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; MARIA BARROGA, an individual; ANASTACIA CEPEDA, an individual; SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, a federal governmental agency; EVERGREEN MONEYSOURCE MORTGAGE COMPANY, a Washington corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No. 2:15-cv-1127-APG-DJA <br><br> **ORDER** |

**JOINT MOTION TO EXTEND TIME TO COMPLY WITH ORDER [ECF #124]**
**(First Request)**

COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

Defendants, SHIRLEY C. YFANTIS, CRYSTALIA L. YFANTIS, EVERGREEN

MONEYSOURCE MORTGAGE COMPANY, WELLS FARGO BANK, N.A. and

SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by

Page 1

9986 Otterburn

and through their undersigned counsel, and hereby move this Court for an extension of time in which to hold the telephonic meet and confer and to file the proposed scheduling order as directed by this Court's Order Granting Motion to Lift Stay [ECF #124], stating as follows:

1. On August 21, 2019, this Court entered the subject Order, lifting the previously entered stay of this matter and directing that the parties hold a meet and confer within 60 days, on or before October 21, 2019, and thereafter file a proposed scheduling order within 10 days.

2. On August 27, 2019, Magistrate Judge Albregts entered an Order Setting Settlement Conference [ECF #127], scheduling a settlement conference to take place on November 6, 2019.

3. As a result of a variety of reasons, the parties have not yet held the meet and confer ordered by the court. Among these reasons are: (1) a desire to attempt to resolve the matter at a minimum of cost; (2) the number of attorneys and client representatives involved; and (3) numerous other pending obligations.

4. The parties have engaged in settlement discussions in advance of the settlement conference pursuant to the Magistrate Judge's Order dated August 27, 2019, but to date have been unable to reach an amicable resolution.

5. At the time of the settlement conference on November 6, 2019, the parties will be discussing the matters to be addressed pursuant to the meet and confer in great detail. If the matter is amicably resolved, there will be no need for a discovery plan and scheduling order. As a result, the parties respectfully request that they be allowed to meet and confer in advance of and at the time of the settlement conference and that they thereafter be granted an additional period of time until November 13, 2019, in which to file a proposed discovery plan and scheduling order pursuant to this Court's Order if the need for the same is not rendered moot by the settlement conference.

//

//

9986 Otterburn

6. This Motion is made in good faith and not for purpose of delay.

Dated this \_\_\_21st\_\_\_ day of October, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER LLP |
|---|---|

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Plaintiff***
***Las Vegas Development Group, LLC***

UNITED STATES ATTORNEY

/s/ *Troy K. Flake*
TROY K. FLAKE, ESQ.
United States Attorney
333 Las Vegas Blvd So., Ste. 5000
Las Vegas, NV 89101-
702-388-6336
702-388-6787 (fax)
troy.flake@usdoj.gov
***Attorney for Defendant***
***Secretary of the Department of***
***Housing and Urban Development***

/s/ *Bradley T. Austin*
JOHN S DELIKANAKIS, ESQ.
Nevada Bar No. 5928
BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 13064
3883 Howard Hughes Parkway
11th Floor
Las Vegas, NV 89109
(702) 784-5200
(702) 784-5252 (fax)
jdelikanakis@swlaw.com
baustin@swlaw.com
***Attorney for Defendant***
***Wells Fargo Bank, N.A.***

MARQUIS AURBACH COFFING

/s/ *Christian T. Balducci*
CHRISTIAN T BALDUCCI, ESQ.
Nevada Bar No. 12688
10001 Park Run Ave
Las Vegas, NV 89145
702-382-0711
702-856-8971 (fax)
ctb@maclaw.com
***Attorney for Defendants***
***Evergreen Moneysource Mortgage***
***Company, Crystalia L Y. Yfantis,***
***and Shirley C. Yfantis***

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 29, 2019.

9986 Otterburn