UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY C. YFANTIS, *et al*.,<br><br>Defendants. | Case No. 2:15-cv-01127-APG-DJA<br><br>**<u>ORDER RESETTING</u>**<br>**<u>SETTLEMENT CONFERENCE</u>** |

The settlement conference scheduled for Wednesday, November 6, 2019**,** in the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada is hereby reset in time only as follows:

**All parties** must report to **Courtroom 3A** for a settlement conference with the undersigned United States Magistrate Judge, on **Wednesday, November 6, at 9:30 a.m.** All other provisions of the court's previously order (ECF No. 127) regarding the settlement conference remain in effect.

DATED: October 30, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1