NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Troy.flake@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY C. YFANTIS, an individual, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01127-APG-DJA<br><br>**Stipulation to Dismiss With Prejudice**<br><br>**ORDER** |

Third party plaintiffs Shirley C. Yfantis, Crystalia L. Yfantis, and Evergreen Moneysource Mortgage Company and Third Party Defendant Secretary of Housing and Urban Development, through their undersigned counsel, hereby stipulate to dismiss the third party complaint, ECF #91, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and with each party to bear their own costs and fees, including attorney's fees.

Respectfully submitted this 25th day of February 2020.

MARQUIS AURBACH COFFING

 /s/  *Christian Balducci* 
TERRY A. MOORE, ESQ
CHRISTIAN T. BALDUCCI, ESQ.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney for Plaintiff*

NICHOLAS A. TRUTANICH
United States Attorney

 /s/  *Troy K. Flake* 
TROY K. FLAKE
Assistant United States Attorney
*Attorneys for the United States*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 26, 2020.