1 | ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
2 | TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
3 | ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #75
4 | Las Vegas, Nevada 89102
(702) 254-7775
5 | (702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
6 | *Attorney for Plaintiff*
**LAS VEGAS DEVELOPMENT GROUP, LLC**
7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

\*\*\*

11

12 | LAS VEGAS DEVELOPMENT GROUP, LLC, )
a Nevada limited liability company,      )
                                          )
13 |                     Plaintiff,         )   Case No.   2:15-cv-1127-APG-DJA
                                          )
14 | vs.                                    )
                                          )
15 | SHIRLEY C. YFANTIS, an individual;    )
CRYSTALIA L. YFANTIS, an individual;   )
16 | WELLS FARGO BANK, NA, a National      )
Banking Association; NATIONAL DEFAULT )
17 | SERVICING CORPORATION, an Arizona    )
corporation; MARIA BARROGA, an         )
18 | individual; ANASTACIA CEPEDA, an     )
individual; SECRETARY OF THE           )
19 | DEPARTMENT OF HOUSING AND URBAN )
DEVELOPMENT, a federal governmental    )
20 | agency; EVERGREEN MONEYSOURCE        )
MORTGAGE COMPANY, a Washington         )
21 | corporation; DOE individuals I through XX; )
and ROE CORPORATIONS I through XX,     )
22 |                                          )
                    Defendants.           )
23 | _____ )

24 | **STIPULATION TO DISMISS**

25 | COMES NOW Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC, and

26 | Defendants, SHIRLEY C. YFANTIS; CRYSTALIA L. YFANTIS; EVERGREEN

27 | MONEYSOURCE MORTGAGE COMPANY; and WELLS FARGO BANK, N.A., by and

28

through their undersigned counsel, and hereby stipulate and agree as follows:

1. The instant action was filed by the Plaintiff to recover title and possession of real property commonly known as 9986 Otterburn Street, Las Vegas, Nevada 89178, Assessor Parcel No. 176-28-613-097 (*"the "Property"*).

2. The parties to this stipulation have entered into a confidential settlement agreement resolving all claims by and between them, including the Complaint, all Counterclaims and Crossclaims.

3. The Plaintiff's claims against Defendant, Secretary of the Department of Housing and Urban Development, were dismissed pursuant to this Court's Orders dated November 25, 2015 and December 1, 2015. [ECF #53, 57].

4. Defendants, Maria Barroga and Anastacia Cepeda did not answer or otherwise appear in response to the Plaintiff's Complaint.  A Default was entered against said Defendants on December 24, 2015. [ECF #67].   The settlement referenced above has rendered the Plaintiff's claims against said Defendants moot.  As a result, the Plaintiff hereby voluntarily dismisses its claims against said Defendants with prejudice in their entirety.

5. The Plaintiff's claims against Defendant, National Default Servicing Corporation, were effectively dismissed pursuant to an Order Approving Declaration of Non-monetary Status and Overruling Objection entered on April 25, 2016. [ECF #81].

6. Wells Fargo Bank, N.A.'s claims against Rio Vista Homeowners Association and Absolute Collection Services, LLC, were dismissed pursuant to this Court's Orders dated June 20, 2016. [ECF #111, 112].

7. Defendants, Shirley C. Yfantis, Crystalia L. Yfantis, and Evergreen Moneysource Mortgage Company's, claims against Secretary of the Department of Housing and Urban Development were dismissed pursuant to this Court's Order dated February 26, 2020. [ECF #143].

8. Each party hereto shall bear its own costs and fees.

9. Having been resolved via confidential settlement, all remaining claims at issue

herein are hereby dismissed with prejudice. The instant action shall be closed.

Dated this ____15th____ day of April, 2020.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER LLP |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd., #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Plaintiff*** <br> ***Las Vegas Development Group, LLC*** | /s/ *Bradley T. Austin* <br> BRADLEY T. AUSTIN, ESQ. <br> Nevada Bar No. 13064 <br> 3883 Howard Hughes Parkway <br> 11th Floor <br> Las Vegas, NV 89109 <br> (702) 784-5200 <br> (702) 784-5252 (fax) <br> baustin@swlaw.com <br> ***Attorney for Defendant*** <br> ***Wells Fargo Bank, N.A.*** |
| | MARQUIS AURBACH COFFING |
| | /s/ *Christian T. Balducci* <br> CHRISTIAN T BALDUCCI, ESQ. <br> Nevada Bar No. 12688 <br> 10001 Park Run Ave <br> Las Vegas, NV 89145 <br> 702-382-0711 <br> 702-856-8971 (fax) <br> ctb@maclaw.com <br> ***Attorney for Defendants*** <br> ***Evergreen Moneysource Mortgage Company, Crystalia L Y. Yfantis, and Shirley C. Yfantis*** |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 15, 2020.